UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**JAMIE OSUNA,** | No. 1:25-mc-00018-SAB<br><br>ORDER DENYING REQUEST TO BE EXEMPT FROM ELECTRONIC FILING SYSTEM AND DIRECTING CLERK OF COURT TO CLOSE ACTION<br><br>(ECF No. 1) |

On February 24, 2025, the Court received a request from Jamie Osuna seeking relief from the e-filing procedures. (ECF No. 1.)

In the motion requesting relief from e-filing, Mr. Osuna contends that because his complaint involves the First, not Eighth Amendment, he seeks to be exempt from the requirement to electronically file his complaint. However, Plaintiff is advised that pursuant to the Court's standing order, ALL civil rights complaints filed by prisoners involving conditions of confinement must be electronically filed. As Mr. Osuna is incarcerated at Corcoran State Prison and his complaint involves his conditions of confinement at Corcoran, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiffs incarcerated at Participating Penal Institutions, issued on March 1, 2016. Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and

they may not exceed twenty-five pages in length; and (2) motions to proceed in forma pauperis, motions to increase the page limit, and motions for emergency relief shall be no more than fifteen (15) pages in total combined length. As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

Mr. Osuna has not provided no basis to be exempt from the electronic filing requirement and he must comply with the normal procedures pursuant to the Court's Standing Order to have his complaint electronically filed with this Court.

Accordingly, it is HEREBY ORDERED that:

1. Mr. Osuna's request to be exempt from the electronic filing system is DENIED;

2. Mr. Osuna must comply with the Court's Standing Order to have his complaint e-filed by this Court and the failure to do so will result in return of the complaint as not filed;

3. The Clerk of Court shall send Plaintiff a copy of his complaint at his current address of record; and

4. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **February 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge